

**BARRY I. LEVY**
PARTNER
(516) 357-3149
barry.levy@rivkin.com

February 6, 2008

**VIA ECF**
Honorable Dora L. Irizarry
United States District Court Judge
Eastern District of New York
225 Cadman Plaza West
Brooklyn, New York  11201

    Re:    **Perfect Dental, PLLC, et. al. v. Allstate Insurance Company**
            **Docket No.:  04 CV 0586 (DLI)(CMP)**
           **Smooth Dental, PLLC, et. al. v. State Farm  Insurance Companies**
             **Docket No:   04 CV 0588 (DLI)(CMP)**
           **Our File No.:  000999-001003**

Dear Judge Irizarry:

This letter is respectfully submitted on behalf of all counsel in this matter to request that the Court So-Order the attached stipulation in connection with the settlement of this matter.  We apologize for the late submission of this stipulation but the execution of the underlying documents took longer than expected.  It is our understanding that the Magistrate-Judge has explained the various mechanical issues associated with the confidential settlement to Your Honor and the purpose for this stipulation. The Court's attention to this matter is appreciated.

                                                  Respectfully submitted,
                                                  RIVKIN RADLER LLP

                                                  *Barry I. Levy*

                                                  Barry I. Levy

BIL/lg

cc:    All counsel by ECF
       Magistrate-Judge Mann

926 RexCorp Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

Court Plaza South ● West Wing
21 Main Street
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495

www.rivkinradler.com